FILED'06 APR 24 14:32USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

Z2 CONSULTING, LLC,
an Oregon limited liability company,

    Plaintiff,

vs.

DEKKER GRADEN,

    Defendant.

Civ. No. 3:06-CV-32-ST

MANDATORY PRELIMINARY INJUNCTION

A hearing on plaintiff Z2 Consulting's motion for a preliminary injunction was held before the Court on the 18th day of April, 2006. Both parties appeared and presented witnesses. Having been informed of the premises, the Court ORDERS:

Defendant Dekker Graden is enjoined pending trial on the merits from withholding from plaintiff Z2 Consulting, LLC, the use at Z2's place of business of the latest stable version of the software program known to the parties as "IBIS Acquire." Graden must promptly deliver to Z2 a machine-readable copy of the executable program and all of its necessary libraries on a medium (USB external drive or CD-ROM) accessible by Z2. The software must not be crippled or time limited in any manner and must not contain any virus or other malware.

/ / /

Page    1 - MANDATORY PRELIMINARY INJUNCTION

1  Z2 must maintain accurate time-logs by customer and project of its use of the IBIS
2  Acquire program from the effective date of this injunction.
3  This injunction will become effective upon the posting by Z2 of a bond in the
4  amount of $25,000.

_____
Janice Stewart
United States Magistrate Judge

Submitted by:

Thomas G. P. Guilbert, OSB #72307
2370 S.W. Montgomery Drive
Portland, OR  97201
(503) 228-0811
*ethical@1of1.net*

28  / / /

Page    2 - MANDATORY PRELIMINARY INJUNCTION